(September 21, 2000)

■ JACK P. CHANLER et al., Appellants, v BOB ROBERTS et al., Respondents. [713 NYS2d 681] —Order, Supreme Court, New York County (Barry Cozier, J.), entered June 30, 1999, which, *inter alia*, granted defendants' motion for summary judgment dismissing the complaint, unanimously affirmed, without costs.

Plaintiffs' action to recover real estate commissions on a theory of unjust enrichment, not having been commenced within six years of the accrual of the claims, is time-barred (*see*, CPLR 213 [1]; *compare, e.g., Whalen v Gerzof*, 76 NY2d 914). Concur—Sullivan, P. J., Rosenberger, Lerner, Andrias and Friedman, JJ.